**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Ollie Smith, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>CleanBridge Securities, LLC, a subsidiary of CleanBridge Group, LLLP.,<br><br>*Defendant*. | Civil Case No.: 1:26-cv-12333<br>Hon. Mary M. Rowland<br><br>**Jury Trial Demanded** |

## NOTICE REGARDING STATUS OF SUMMONS

Plaintiff Ollie Smith notifies the Court that, although he filed the Complaint on October 7, 2026, no summons has been issued as to Defendant CleanBridge Securities, LLC. Plaintiff submitted a proposed summons (ECF 7), but none has issued, so Defendant has not been served.

Dated: November 25, 2026

Respectfully Submitted:

*/s/ Alex N. Jilizian*

Alex N. Jilizian
2629 Manhattan Ave #1002
Hermosa Beach, CA 90254
PARONICH LAW, P.C.
Phone: (213) 866-5293
Fax: (508) 318-8100
alex@paronichlaw.com